AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
506 North Hunt Drive, Mesa, Arizona 85203.

Case No. 22-3154MB

(Filed Under Seal)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before 6-28-22 _(not to exceed 14 days)_
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days _(not to exceed 30)_ ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6-14-22 @ 4:47 p.m.

M Morrissey
_Judge's signature_

City and state: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge
_Printed name and title_

## ATTACHMENT A
*Property to be searched*

The property to be searched **506 North Hunt Drive, Mesa, Arizona, 85203,** further described as a single-family residence (approximately 1,681 square feet) with dark gray shingle roof and dark gray painted brick with white columns across the front of the house. On the south side of the property is a light gray cinder block fence and the front of the residence has a low, black wrought iron fence with grey cinderblock pillars in between sections. There are two large trees in the front yard, and a pool in the backyard.

In addition to the main residence, any trailer, outbuilding, property, or vehicles located within the curtilage of the property.



*Aerial footage of Subject Premises*



*Front view of the Subject Premises*

## ATTACHMENT B

*Property to be seized*

1. Books, records, receipts, notes, ledgers, invoices, and any other documentation including, but not limited to, documentary records and ledgers, customer lists, financial statements, real estate documents, and other evidence of financial transactions relating to obtaining, transferring, secreting or spending various sums of money made from engaging in alien smuggling activities;

2. Maps, fuel receipts, receipts reflecting travel to and from foreign countries, receiptspertaining to the purchase and registration of vehicles, receipts for modifications and repairs done to vehicle, and receipts for the purchase of portable radios, cellular phones, pagers, and firearms;

3. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services including, but not limited to, MoneyGram, Moneypak, Green Dot, and Vanilla Reload, check or money order purchase receipts, account statements – both foreign and domestic, and any other records reflecting the receipt, deposit, or transfer of money;

4. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

5. Vehicle rental agreements and receipts, records of mail services, airline ticket receipts, bus ticket receipts, credit card receipt, hotel receipts, travel agency vouchers, long distance telephone call records, and any other items reflecting domestic and foreign travel;

6. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7. Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

8. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, smuggled aliens, real and personal property, firearms, or controlled substances;

9. Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

10. Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment. If computers, cellular telephones, or other electronic storage devices are located on the **Subject Premises,** the United States will seek further search warrants for each device.

11. Records evidencing ownership or use of cellular telephones, including sales receipts, pre-paid minute cards, registration records, and records for payment for internet access.

| Return | | |
|---|---|---|
| Case No.:<br>22-3154mb | Date and time warrant executed:<br>06/15/2022 6:00 am | Copy of warrant and inventory left with:<br>At residence |

*Inventory made in the presence of:*
Special Agent Aspen Luna

*Inventory of the property taken and name of any person(s) seized:*

Irenio Mariano Castro Soto

1) Bulk U.S. Currency (totaling $111,200)
2) Bulk U.S. Currency (totaling $28,950)
3) Bulk U.S. Currency (totaling $3,781)
4) Bulk U.S. Currency (totaling $3,900)
5) Bulk U.S. Currency (totaling $10,829)
6) Bulk U.S. Currency (totaling $5,236)
7) Foreign Currency (estimated $8,121.90 USD Value)
8) Mexican pesos (estimated 608.45 USD value)
9) Blue iPhone with floral case
10) Black Samsung cellphone with black case
11) Black binder with miscellaneous documents
12) (Four) Spiral Notebooks
13) Miscellaneous Receipts
14) Wells Fargo Bank Statements
15) Rental Agreement Document-tenant Irenio Mariano

## Certification

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 06/21/2022

SARAH E CUMMINGS
Digitally signed by SARAH E CUMMINGS
Date: 2022.06.21 13:44:16 -07'00'

*Executing officer's signature*

Special Agent Sarah Cummings
*Printed name and title*